IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| **JOHN ROBERT DEMOS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| v. | ) | 2:08-cv-001479-RDP-JEO |
| | ) | |
| **THE UNITED STATES,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## MEMORANDUM OPINION

Petitioner, John Robert Demos, filed a *pro se* petition captioned "breach of contract" in this court on August 15, 2008, naming the United States as the lone Respondent. (Doc. #1 at 4)[1]. The petition indicates that Petitioner is an inmate at the Stafford Creek Corrections Center, a Washington state corrections facility in Aberdeen, Washington. It appears that Petitioner is seeking his release from custody pursuant to 28 U.S.C. § 2254 and that he is also seeking to recover on a claim for damages against the United States. The petition was referred to a magistrate judge pursuant to 28 U.S.C. § 636(b) for preliminary review.

On October 15, 2008, the magistrate judge entered a Report and Recommendation finding that: (1) insofar as the petition seeks a writ of habeas corpus, the petition is due to be dismissed without prejudice for lack of jurisdiction; and (2) to the extent the petition is a complaint seeking some other form of redress against the United States, it is due to be dismissed because it fails to state

---

[1] References herein to "Doc. #___" are to the document number assigned by the Clerk of the Court. It should also be noted that Petitioner's petition, filed as document "1" in the court's CM/ECF system, is comprised of five pages. It would appear, however, that these pages are displayed out of order and contain not only a petition, but two supporting evidentiary submissions. The first two pages displayed in Doc. #1 are captioned as an "affidavit in support of [Petitioner's] petition for breach of contract" (Doc. #1 at 1:6-8), although they are actually an unsworn declaration made pursuant to 28 U.S.C. § 1746. The third page, by contrast, actually is a handwritten affidavit, complete with a jurat of a Washington state notary, although Petitioner cites 28 U.S.C. § 1746 in its caption. (Doc. #1 at 3). The last two pages displayed appear to constitute the actual petition itself, which is captioned, "BREACH OF CONTRACT." (Doc. #1 at 4-5).

a claim and is frivolous under The Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, § 804, 110 Stat. 1321, and 28 U.S.C. § 1915A (Doc. #6). On October 31, 2008, Petitioner filed his written objections to the Report and Recommendation. (Doc. #7).

The court has considered the entire file in this action together with the magistrate judge's Report and Recommendation and Petitioner's objections and has reached an independent conclusion that the magistrate judge's Report and Recommendation is due to be adopted and approved. Accordingly, the court hereby **ADOPTS** and **APPROVES** the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accordance with the recommendation, the petition is due to be dismissed without prejudice for lack of jurisdiction insofar as it seeks a writ of habeas corpus, and it is due to be dismissed with prejudice to the extent that it seeks to recover on a claim for damages or other relief against the United States. An appropriate order will be entered.

**DONE** and **ORDERED** this      3rd      day of November, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　　
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE